

JUDGE KATHLEEN CARDONE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CONOTECH, LLC, a Nevada limited liability corporation, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | |
| ACCURATE MACHINERY SALES, INC., a Florida corporation, | ) ) ) ) | EP06CA0169 |
| Defendant. | ) ) | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Conotech, LLC, by and through its undersigned counsel of record, hereby submits its Corporate Disclosure Statement. Conotech, LLC is a Nevada limited liability corporation. Conotech, LLC has no parent corporation and no publicly held company owns ten percent or more of its stock.

Respectfully submitted,

SCOTT, HULSE, MARSHALL, FEUILLE,
FINGER & THURMOND, P.C.
P.O. Box 99123
El Paso, Texas 79999-9123
1100 Chase Tower
201 East Main Drive
El Paso, Texas 79901
(915) 533-2493 telephone
(915) 546-8333 telecopier

By: _____
J. L. JAY
State Bar No. 10595320
KATARI D. BUCK
State Bar No. 24040598
Attorneys for Conotech, LLC

793730 v1