# United States District Court
# Western District of Texas
# El Paso Division

| | |
|---|---|
| CONOTECH, LLC, a Nevada limited liability corporation, | SUMMONS IN A CIVIL CASE |
| Plaintiff, | Cause No. EP-06-CA-0169-KC |
| V. | |
| ACCURATE MACHINERY SALES, INC., a Florida corporation, | |
| Defendant. | |

TO: Accurate Machinery Sales, Inc., by serving its registered agent for service, John M. Ruppert, 215 S.W. 21st Terrace, Fort Lauderdale, Florida 33312.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> J. L. JAY
> **Scott, Hulse, Marshall, Feuille, Finger & Thurmond, P.C.**
> 1100 Chase Tower
> 201 East Main Drive
> El Paso, Texas 79901

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

WILLIAM G. PUTNICKI

06-14-06

CLERK                                     DATE

(BY) DEPUTY CLERK

792790 v1

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE: |
| NAME OF SERVER: (Print) | TITLE: |

Check one option below to indicate appropriate method of service

_____ Served personally upon the defendant. Place where served: _____

_____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

_____ Returned unexecuted: _____

_____ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL: | SERVICES: | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information Contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on_____          _____
            Date                              Signature of Server

                                              _____
                                              Address of Server

792790 v1