IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2006 JUL 18 PM 4:47
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| CONOTECH, LLC, a Nevada limited liability corporation, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. EP-06-CA-0169-KC |
| ACCURATE MACHINERY SALES, INC., a Florida corporation, | § § § | |
| Defendant. | § § | |

## DEFENDANT ACCURATE MACHINERY SALES, INC.'S CERTIFICATE OF SERVICE OF ITS MOTION TO DISMISS THE COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

COMES NOW, **ACCURATE MACHINERY SALES, INC.** (hereafter, "Defendant"), Defendant in the above-styled and numbered cause, and files this, its Certificate of Service verifying that on this the 18th day of July, 2006, it has served on counsel of record in this cause its proposed original Motion to Dismiss the Complaint for its respective consideration and response, in accordance with this Honorable Court's standing Order relating to "Motion Filing Procedure Before Judge Cardone" applicable in all civil cases pending before this Honorable Court.

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI & GALATZAN, P.C.**
A Professional Corporation
100 N. Stanton, Suite 1700
El Paso, Texas 79901-1448
Phone: (915) 532-2000
Facsimile: (915) 541-1597

By: _____
**Carl H. Green**
State Bar No. 08347330

**Local Counsel for Defendant**

Of counsel:

Gordon, Hargrove & James
Attorneys for Defendant
2400 E. Commercial Blvd., Suite 100
Fort Lauderdale, FL 33308
Telephone: (954) 958-2500
Facsimile: (954) 958-2516

BRUCE A. WEIHE
Florida Bar No.: 0139797
Of Counsel, Pending *Pro Hac Vice* Approval

## CERTIFICATE OF SERVICE

I, Carl H. Green, hereby certify that true and correct coy of the foregoing Certificate has been furnished via facsimile and U.S. Mail this 18th day of July, 2006 to **Mr. J.L. Jay, Esq.**, Scott, Hulse, Marhsall, Feuille, Finger & Thurmond, P.C., P. O. Box 99123, El Paso, Texas 79901-0123.

_____
Carl H. Green

2